IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LISA VEGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-053 |
| | ) | |
| SOLICITOR GENERAL, RICHMOND COUNTY, STATE OF GEORGIA; KELLIE K. McINTYRE, in her individual and official capacity as Solicitor General; OMEEKA LOGGINS, in her individual and official capacity as Solicitor General; and JANE AND JOHN DOES, in their individual and official capacity for the Solicitor General's Office, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

The above-captioned case was removed from the Superior Court of Richmond County, Georgia, to this Court on April 27, 2017, and Defendants filed a motion to dismiss the complaint on May 4, 2017. (Doc. nos. 1, 5.) Plaintiff filed a motion to remand and a motion to strike the motion to dismiss on May 19, 2017. (Doc. nos. 6, 7.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. The pendency of the above-described

motions before the presiding District Judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference.

The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 30th day of June, 2017, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA