```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF GEORGIA
                    AUGUSTA DIVISION
```

LISA VEGA,                         *
                                   *
     Plaintiff,                    *
                                   *
v.                                 *
                                   *        CV 117-053
SOLICITOR GENERAL, RICHMOND        *
COUNTY, GEORGIA et al.,            *
                                   *
     Defendants.                   *
                                   *
                                   *

### O R D E R

Plaintiff filed this lawsuit in the Richmond County Superior Court in March 2017, and Defendants timely removed to this Court the next month. (Doc. 1.) The day after they filed their notice of removal, Defendants received notice from the Clerk's office that they had failed to file a disclosure statement under Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1. (Doc. 4.) Defendants filed a motion to dismiss the next week. (Doc. 5.)

Plaintiff moves to remand and to strike Defendants' motion to dismiss because, she argues, "[t]he Clerk of Court rejected" Defendants' notice of removal, meaning this Court "does not have jurisdiction in this case as the case has not been properly removed to Federal Court . . . ." (Doc. 6 at 1; Doc. 7 at 2.)

The Clerk's office, however, did not reject Defendants' notice of removal. Rather, it informed Defendants that they had failed to file a disclosure statement. But Defendants were not required to file a disclosure statement because Rule 7.1 applies only to "nongovernmental corporate" parties. Fed. R. Civ. P. 7.1(a). And in any event, failing to timely file a disclosure statement would not deprive the Court of subject-matter jurisdiction. Accordingly, the Court **DENIES** Plaintiff's motion to remand and motion to strike.

As noted, Defendants have filed a motion to dismiss, which Plaintiff failed to respond to because she instead moved to strike the motion. Accordingly, Plaintiff may file a response to Defendants' motion to dismiss within **seven days** from the date of this order.

**ORDER ENTERED** at Augusta, Georgia this 14th day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA