IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
LISA VEGA,                          *
                                    *
     Plaintiff,                     *
                                    *
     v.                             *
                                    *     CV 117-053
SOLICITOR GENERAL, RICHMOND         *
COUNTY, GEORGIA et al.,             *
                                    *
     Defendants.                    *
                                    *
                                    *
```

**O R D E R**

Currently before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 11.) This case is therefore **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 30th day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA